UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:   Chapter 7

Michelle S. Buechel,
                    Debtor.

Case No. 23-25598-rmb

Michelle S. Buechel,
                    Plaintiff,

All documents regarding this matter must be identified by both adversary and bankruptcy case numbers.

v.

Adversary No. 24-02052-rmb

U.S. Department of Education,
                    Defendant.

**CERTIFICATE OF SERVICE REGARDING SUMMONS IN AN ADVERSARY PROCEEDING**

I, __Amy Progar__ (name), certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made on __4/19/2024__ (date) by one of the following methods:

- [x] **Mail Service:** Regular, first class United States mail, and postage fully prepaid. *(List names/addresses below.)*
- [ ] **Personal Service:** By leaving the process with defendant or with an officer or agent of defendant. *(List names/addresses below.)*
- [ ] **Residence Service:** By leaving the process with an adult. *(List names/addresses below.)*
- [ ] **Certified Mail Service on an Insured Depository Institution:** By sending the process by certified mail addressed to the following officer of the defendant. *(List names/addresses below.)*
- [ ] **Publication:** The defendant was served as described in the space below.
- [ ] **State Law:** The defendant was served pursuant to the laws of the State of _____ (U. S. state), as described in the space below.

**LIST NAMES AND ADDRESSES OR BRIEF DESCRIPTION OF HOW DEFENDANT WAS SERVED:**

See attached mailing list.

Under penalty of perjury, I declare that the foregoing is true and correct.

__/s/ Amy Progar__  __4/19/2024__  __26 Schroeder Ct., #300__
Signature             Date          Business Address

__Amy Progar__                     __Madison, WI 53711__
Printed Name                       Business City, State, and Zip

Michelle S. Buechel
N324 Eastowne Court
Appleton, WI 54915

United States Department of Education
400 Maryland Avenue SW
Washington, D.C. 20202

United States Attorney for the
Eastern District of Wisconsin
517 East Wisconsin Avenue, Suite 530
Milwaukee, WI 53202