So Ordered.

Dated: May 24, 2024



*Rachel M. Blise*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| In re: Michelle S. Buechel | Case No. 23-25598-RMB |
| Debtor. | Chapter 7 |

---

Michele S. Buechel,

        Plaintiff,

Adversary No. 24-02052-RMB

vs.

United States Department of Education,

        Defendant.

---

**ORDER ON UNITED STATES' UNOPPOSED MOTION FOR
EXTENSION OF TIME TO ANSWER COMPLAINT**

---

Upon the unopposed motion of the United States of America, on behalf of the Department of Education, seeking an order to extend the deadline to answer or otherwise respond to the complaint in the above-entitled action for 120 days, or until September 20, 2024 (ECF 4), IT IS HEREBY ORDERED that the deadline for defendant to answer or otherwise respond to the complaint is extended until September 20, 2024.

#####